IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MILTON J. COLLIER, JR.,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1679

Opinion filed August 16, 2017.

An appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

Milton J. Collier, Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

 B.L. THOMAS, C.J., and WOLF and WINOKUR, JJ., CONCUR.